Homer Johnson, Administrator of the Estate of Carl M. Johnson, Deceased, Plaintiff-Appellant, v. Earl T. Livesay, Defendant-Appellee.

Gen. No. 10,314.

Third District.
February 21, 1961.
Rehearing denied May 2, 1961.

Kenneth A. Green, of Mattoon, for appellant; Barth, Phillips, Phebus & Tummelson, of Urbana, for appellee. Opinion by JUDGE REYNOLDS. Not to be published in full.